# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00602-CR

### Alexandre Lloyd Cunningham, Appellant

### v.

### The State of Texas, Appellee

#### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
#### NO. D-1-DC-07-900019, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Alexandre Lloyd Cunningham pleaded guilty to the offense of murder. *See* Tex. Penal Code Ann. § 19.02 (West 2003). Cunningham seeks to appeal from the judgment of conviction. The district court has certified that this is a plea-bargain case and that the defendant has no right of appeal. Accordingly, we dismiss the appeal.[1] *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed:   November 21, 2008

Do Not Publish

---

[1]   Cunningham has also filed, in addition to his notice of appeal, a motion requesting permission to appeal the judgment in spite of his plea because, according to Cunningham, his plea was "involuntary." We overrule Cunningham's motion. *See Cooper v. State*, 45 S.W.3d 77, 78-83 (Tex. Crim. App. 2001).